UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 09-CR-00054 (EGS) |
| | ) | [UNDER SEAL] |
| | ) | |
| ANTHONY FARERI | ) | |

**DEFENDANT'S RESPONSE TO COURT'S JULY 21, 2016 SHOW CAUSE ORDER**

  Defendant, Anthony Fareri, through undersigned counsel, respectfully submits this response to the Court's July 21, 2016 Minute Order, directing him to "show cause . . . why [169] unopposed motion to unseal should not be unsealed." Neither the defendant nor the government have any objection to the unsealing of Mr. Fareri's unopposed motion to unseal, as it simply explains why the sealed materials do not need to be sealed (in that, although they reference an attempt to receive cooperation credit, which was already public, the government ultimately found that Mr. Fareri was unable to provide substantial assistance). The motion was filed under seal only because it referenced materials that were under seal at the time. Mr. Fareri apologizes for any confusion and/or inconvenience that this may have caused.

  Mr. Fareri is filing this response unseal, as the Court's July 21, 2016 Minute Order was filed as such. Neither Mr. Fareri nor the government have any objection to the unsealing of the Court's order or this response.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

              /s/              
Rosanna M. Taormina
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

# CERTIFICATE OF SERVICE

U.S. District Court for the District of Columbia Docket Number: 09-cr-00054

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system on July 29, 2016.

I further certify that a copy of the foregoing was served electronically on counsel for the government, Mr. Barry Wiegand:

Barry Wiegand
United States Attorney's Office
Special Proceedings Section
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7723
Email: william.b.wiegand@usdoj.gov

              /s/              
Rosanna M. Taormina