UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ITAMAR SEGAL

Criminal No. 15-CR-123 (CKK)

**UNDER SEAL**

FILED
OCT 28 2016
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

ORDER

Because of the expected length and complexity of the proceedings in the above matter, CJA appointed counsel may use the following procedures to obtain interim payments during the course of his representation.

Counsel may submit to the Office of the Federal Public Defender, each month, an interim CJA 20, setting forth an itemization of compensation earned and reimbursable expenses.

The Court will review the interim vouchers when submitted and will authorize compensation for the approved number of hours, up to a total of $10,000.00 for counsel and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first interim voucher or any subsequent interim vouchers cumulatively seek hourly compensation exceeding the $10,000.00, CJA per-case ceiling (excluding reimbursement sought for expenses), those vouchers must be approved by both this Court and a designated Judge of the United States Court of Appeals for the District of Columbia Circuit before disbursement can be made.

After review by the Office of the Federal Public Defender, the Court will review each interim and final voucher and submit any excess voucher to the designated Judge of the United States Court of Appeals for the District of Columbia Circuit for a review and approval.

SO ORDERED:

October 12, 2016
Date

Colleen Kollar-Kotelly
Colleen Kollar-Kotelly
United States District Judge

10-25-16
Date

Brett Kavanaugh
Brett Kavanaugh
United States Circuit Judge